**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

**CASE NO.:** **CV 08-04064 SJO (AJWx)** **DATE:** **June 20, 2008**

**TITLE:** **Carmenita Nunley v. C.R. Bard, Inc.**

=====================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Victor Paul Cruz<br>Courtroom Clerk | Not Present<br>Court Reporter |
| **COUNSEL PRESENT FOR PLAINTIFF(S):** | **COUNSEL PRESENT FOR DEFENDANT(S):** |
| Not Present | Not Present |

=====================================================================

**PROCEEDINGS (IN CHAMBERS):**

Counsel are hereby notified that a Scheduling Conference has been set for **Monday, August 11, 2008** at **8:30 a.m.** before District Judge S. James Otero in Courtroom 880, 255 East Temple Street, Los Angeles, California 90012.

Counsel are directed to comply with Rule 26(f) of the Federal Rules of Civil Procedure in a timely fashion and to file a Joint Rule 26(f) report on or before **July 28, 2008.** The parties' report shall, in addition to addressing the matters specified in Rule 26(f), set forth their views regarding: (1) an appropriate last date for the completion of discovery and the hearing of motions, a date for a final pretrial conference and a trial date; (2) whether discovery should be conducted in phases or otherwise ordered or limited; (3) a preliminary estimate of the time required for trial; (4) efforts made to settle or resolve the case to date, and the parties' views as to an appropriate plan for maximizing settlement prospects; (5) whether the case is complex or requires a reference to the procedures set forth in the Manual on Complex Litigation; (6) the likelihood of the appearance of additional parties; (7) what motions the parties are likely to make that may be dispositive or partially dispositive; (8) any unusual legal issues presented by the case; and (9) proposals regarding severance, bifurcation or other ordering of proof.

In order to assist the parties in the setting of dates for the Scheduling Conference, the Court has included a schedule form for pretrial dates. The schedule should be completed by counsel and submitted in conjunction with their Rule 26(f) report.

If this case is part of the ADR program, counsel of record must confer and jointly complete the ADR Pilot Program Questionnaire, which was provided to plaintiff's counsel at the time of filing. Counsel is directed to file the Questionnaire concurrently with the Joint Rule 26(f) Report.

Plaintiff's counsel is directed to give notice of the Scheduling Conference to all parties that have appeared in this action, and is directed to give notice of the Scheduling Conference immediately to each party that makes an initial appearance in the action after this date.

**CV 08-04064 SJO (AJWx)**
**Carmenita Nunley v. C.R. Bard, Inc.**

## DISTRICT JUDGE S. JAMES OTERO

## SCHEDULE OF PRETRIAL DATES

| Matter | Time | Day(s) or Weeks Before Trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| **Trial Date (Jury) Estimated Length: ___ Days** | 9:00 a.m. | | | | |
| **Final Pretrial Conference; Discuss Previously-Filed Motions in Limine; File Agreed-Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Questions and Agreed-To Statement of Case; File Witness List, Exhibit List, and Trial Brief** | 9:00 a.m. | 8 days before trial | | | |
| **Last Day for Hearing Motions** | | 45 days before trial | | | |
| **Discovery Cut-Off** | | 90 days before trial | | | |

## ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

**L.R. 16-14 Settlement Choice: (1) CT/USMJ (2) Atty (3) Outside ADR (4) Trial Court**

| | | | | | |
|---|---|---|---|---|---|
| **Last Day to Conduct Settlement Conference** | | 3 weeks prior to pretrial conference | | | |
| **Last Day to Amend Pleadings or Add Parties** | | within 30 days from scheduling conference | | | |