**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | CV 08-4064 PSG (Jcx) | Date: | July 9, 2008 |
| Title: | Carmenita Nunley -vs- C. R. Bard, Inc. et. al., | | |

Present: The Honorable: Philip S. Gutierrez, United States District Judge

| Irene Ramirez | Not Reported | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings (In Chambers): **Case Transferred to Judge Gutierrez**

**PLEASE TAKE NOTICE** that this action has been reassigned to the Honorable Philip S. Gutierrez, United States District Judge.

Please substitute the initials **PSG** in place of the initials SJO. The case number will now read: **CV08-4064 PSG (JCx)**. Henceforth, it is imperative that the initials PSG be used on all documents to prevent any delays in processing of documents.

The Courtroom Deputy Clerk for Judge Gutierrez is Wendy K. Hernandez, and may be reached at (213) 894-8899. The courtroom of Judge Gutierrez is located on the 7th floor of the Roybal Federal Building, Courtroom 790. Additional information about Judge Gutierrez may be found on the Court's website at www.cacd.uscourts.gov > judges' procedures &schedules.

Please be advised that all courtesy copies should be delivered directly to chambers the following day before 12:00 p.m. In addition, all proposed orders should be e-mailed in WordPerfect or Microsoft Word to the Judge's generic e-mail address: psg_chambers@cacd.uscourts.gov.

Lastly, please review the judge's motion calendar located on the court's website, **before** noticing a motion for a hearing. Failure to comply, may result in the motion being stricken from the record and/or in the imposition of sanctions.

---- : ----

Initials of Preparer IR