HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801
Email: tmf@hassard.com

Attorneys for Defendants
DAVOL INC. and C.R. BARD, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARMENITA NUNLEY<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., DAVOL INC., and DOES 1 to 100,<br><br>Defendants. | Case No. CV08-4064 PSG (JCx)<br><br>**CERTIFICATE OF SERVICE** |

I, Esther Hom, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Hassard Bonnington LLP, Two Embarcadero Center, Suite 1800, San Francisco, California, which is located in the city, county and state where the mailing described below took place.

On **July 11, 2008** I deposited in the United States mail at San Francisco, California, in an envelope with postage prepaid, a copy of the attached *Civil Minutes-General*, as provided by the court, addressed to:

Mark R. Schwartz, Esq.
Law Offices of Mark R. Schwartz
11355 West Olympic Boulevard, Suite 100
Los Angeles, CA 90064

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **July 11, 2008**

Esther Hom

Esther Hom

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | CV 08-4064 PSG (Jcx) | Date: | July 9, 2008 |
| Title: | Carmenita Nunley -vs- C. R. Bard, Inc. et. al., | | |

Present: The Honorable: Philip S. Gutierrez, United States District Judge

| Irene Ramirez | Not Reported | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings (In Chambers): **Case Transferred to Judge Gutierrez**

**PLEASE TAKE NOTICE** that this action has been reassigned to the Honorable Philip S. Gutierrez, United States District Judge.

Please substitute the initials **PSG** in place of the initials SJO. The case number will now read: **CV08-4064 PSG (JCx)**. Henceforth, it is imperative that the initials PSG be used on all documents to prevent any delays in processing of documents.

The Courtroom Deputy Clerk for Judge Gutierrez is Wendy K. Hernandez, and may be reached at (213) 894-8899. The courtroom of Judge Gutierrez is located on the 7th floor of the Roybal Federal Building, Courtroom 790. Additional information about Judge Gutierrez may be found on the Court's website at www.cacd.uscourts.gov > judges' procedures &schedules.

Please be advised that all courtesy copies should be delivered directly to chambers the following day before 12:00 p.m. In addition, all proposed orders should be e-mailed in WordPerfect or Microsoft Word to the Judge's generic e-mail address: psg_chambers@cacd.uscourts.gov.

Lastly, please review the judge's motion calendar located on the court's website, **before** noticing a motion for a hearing. Failure to comply, may result in the motion being stricken from the record and/or in the imposition of sanctions.

---- : ----

Initials of Preparer IR