HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801
Email: tmf@hassard.com

Attorneys for Defendants
DAVOL INC. and C.R. BARD, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARMENITA NUNLEY<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., DAVOL INC., and DOES 1 to 100,<br><br>Defendants. | Case No. CV08-4064 PSG (JCx)<br><br>**CERTIFICATE OF SERVICE** |

I, Esther Hom, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Hassard Bonnington LLP, Two Embarcadero Center, Suite 1800, San Francisco, California, which is located in the city, county and state where the mailing described below took place.

On **July 24, 2008** I deposited in the United States mail at San Francisco, California, in an envelope with postage prepaid, a copy of the attached *Order Permitting Defendant C.R. Bard, Inc. And Defendant Davol Inc. To File Amended Notice Of Removal*, addressed to:

///

///

Mark R. Schwartz, Esq.
Law Offices of Mark R. Schwartz
11355 West Olympic Boulevard, Suite 100
Los Angeles, CA 90064

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **July 24, 2008**

Esther Hom

Esther Hom

HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801
Email: tmf@hassard.com

E-FILED 07/23/08

Attorneys for Defendants
DAVOL INC. and C.R. BARD, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARMENITA NUNLEY<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., DAVOL INC., and DOES 1 to 100,<br><br>Defendants. | Case No. CV08-4064 PSG (JCx)<br><br>**ORDER PERMITTING DEFENDANT C.R. BARD, INC. AND DEFENDANT DAVOL INC. TO FILE AMENDED NOTICE OF REMOVAL** |

This action was previously assigned to the Honorable S. James Otero. On June 26, 2008, Judge Otero issued an Order (Doc. 12) to Defendant C.R. Bard, Inc. and Defendant Davol Inc. ("Defendants") to show cause in writing on before July 7, 2008, to demonstrate why this action should not be remanded for lack of subject matter jurisdiction. That Order further provided that an Amended Notice of Removal correcting the deficiencies will be deemed a sufficient response to the Order to Show Cause (for reference, a copy of Judge Otero's prior Order is attached hereto as Exhibit A.

As shown in the Supporting Declaration of Thomas M. Frieder, the Defendants e-filed their Amended Notice of Removal (Doc. 14) on July 3, 2008, and the Amended Notice of Removal was served by mail that day on counsel for Plaintiff Carmenita Nunley (Doc. 15).

In consideration of the matters set forth in the Supporting Declaration of Thomas M. Frieder, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. Defendant C.R. Bard, Inc. and Defendant Davol Inc. are permitted to manually file their Amended Notice of Removal.

DATED: 07/22/08

**PHILIP S. GUTIERREZ**
HON. PHILIP S. GUTIERREZ