**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To**: Clerk, United States District Court
_______________ District of Rhode Island
124 Federal Building and United States Courthouse
One Exchange Terrace Providence, RI 02903-1270

**Re:** MDL 1842 In Re: Kugel Mesh Hernia Patch Products Liability Litigation
Transfer of our Civil Case No. CV 08-04064 PSG (JCx)
Case Title: Carmenita Nunley v. C.R. Bard, Inc., et al.

Dear Sir/Madam:

**An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our:**

☐ Original case file documents are enclosed in paper format.
☑ Electronic Documents are accessible through Pacer.
☐ Other: ______________________________

Very truly yours,

Clerk, U.S. District Court

Date: 8/14/08

By B. Moss (213) 894-3538
Deputy Clerk

*cc: All counsel of record*

## TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e:mail to the appropriate address listed below and provide the case number assigned in your district:**

☐ CivilIntakecourtdocs-LA@cacd.uscourts.gov (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov (Santa Ana Office)

Case Number: ______________________

Clerk, U.S. District Court

Date: ______________________

By ______________________
Deputy Clerk