(JCx), CLOSED, DISCOVERY, MANADR, RELATED−G, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division − Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:08−cv−04064−PSG−JC

Carmenita Nunley v. C. R. Bard, Inc. et al
Assigned to: Judge Philip S. Gutierrez
Referred to: Magistrate Judge Jacqueline Chooljian
Related Case: 2:08−cv−01184−PSG−JC
Case in other court: Superior Court of CA for the Court of Los Angeles, NC042566
Cause: 28:1441 Notice of Removal − Product Liability

Date Filed: 06/19/2008
Date Terminated: 08/14/2008
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Carmenita Nunley** represented by **Mark R Schwartz**
Mark R Schwartz Law Offices
11355 West Olympic Blvd
Suite 100
Los Angeles, CA 90064
310−235−2311
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C. R. Bard, Inc.** represented by **Thomas M Frieder**
Hassard Bonnington LLP
Two Embarcadero Center Suite 1800
San Francisco, CA 94111−3941
415−288−9800
Fax: 415−288−9801
Email: tmf@hassard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol Inc.** represented by **Thomas M Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOES**
*1 to 100*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 06/19/2008 | Ï 1 | NOTICE OF REMOVAL from Superior Court of CA for the County of Los Angeles, case number NC042566 with CONFORMED FILED copy of summons and complaint. Case assigned to Judge S. James Otero, Discovery to Magistrate Judge Andrew J. Wistrich. (Filing fee $ 350 PAID. ), filed by Defendants C. R. Bard, Inc., Davol Inc. (et) (ds). (Entered: 06/24/2008) |
| 06/19/2008 | Ï 2 | CERTIFICATION of Interested Parties filed by Defendants C. R. Bard, Inc., Davol Inc. (et) (ds). (Entered: 06/24/2008) |
| 06/19/2008 | Ï 3 | CERTIFICATE OF SERVICE of Notice to Adverse Party of Removal to Federal Court filed by Defendants C. R. Bard, Inc., Davol Inc., served on 6/19/2008. (et) (ds). (Entered: 06/24/2008) |
| 06/19/2008 | Ï 5 | ANSWER to Complaint 1 JURY DEMAND. filed by Defendants C. R. Bard, Inc., Davol Inc. (et) (ds). (Entered: 06/24/2008) |
| 06/19/2008 | Ï 6 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed. (et) (ghap). (Entered: 06/24/2008) |
| 06/20/2008 | Ï 7 | INITIAL STANDING ORDER FOR CASES ASSIGNED TO Judge S. James Otero, (bp) (Entered: 06/24/2008) |
| 06/20/2008 | Ï 8 | MINUTES OF IN CHAMBERS ORDER held before Judge S. James Otero:, Counsel are hereby notified that a Scheduling Conference has been set for 8/11/2008 08:30 AM before Judge S. James Otero.) (bp) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 4 | CERTIFICATE OF SERVICE filed by Defendant C. R. Bard, Inc., Davol Inc., *Certificate of Service of Notice of Assignment to United States Magistrate Judge for Discovery, and Other Documents* served on 6/20/2008. (Frieder, Thomas) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 9 | CERTIFICATE OF SERVICE filed by Defendant C. R. Bard, Inc., Davol Inc., re Minutes of In Chambers Order/Directive − no proceeding held, Set Deadlines/Hearings 8 served on 6/24/2008. (Frieder, Thomas) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 10 | CERTIFICATE OF SERVICE filed by Defendant C. R. Bard, Inc., Davol Inc., re Order 7 served on 6/24/2008. (Frieder, Thomas) (Entered: 06/24/2008) |
| 06/25/2008 | Ï 11 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Notice to Parties of ADR Pilot Program (ADR−8) 6 served on 6/25/2008. (Frieder, Thomas) (Entered: 06/25/2008) |
| 06/26/2008 | Ï 12 | ORDER TO SHOW CAUSE Regarding Subject Matter Jurisdiction by Judge S. James Otero. Bard and Davol are hereby ordered to show cuase in writing on or before 7/7/08, to demonstrate why this action should not be remanded for lack of subject matter jurisdiction. An amended notice of removal correcting the deficiencies will be deemed a sufficient response to this Order to Show Cause. See order for further details. (csi) (Entered: 06/26/2008) |
| 06/26/2008 | Ï 13 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Order to Show Cause, 12 served on 06/26/2008. (Frieder, Thomas) (Entered: 06/26/2008) |
| 07/03/2008 | Ï 14 | NOTICE Defendant C.R. Bard, Inc.'s and Defendant Davol Inc.'s Amended Notice of Removal filed by defendant C. R. Bard, Inc., Davol Inc.. (Frieder, Thomas) (Entered: 07/03/2008) |
| 07/03/2008 | Ï 15 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Notice (Other) 14 served on 07/03/2008. (Frieder, Thomas) (Entered: 07/03/2008) |
| 07/07/2008 | Ï 16 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08−05 −Related Case− filed. Related Case No: CV 08−1184 PSG (JCx). Case transfered from Judge S. James Otero and Magistrate Judge Andrew J. Wistrich to Judge Philip S. Gutierrez and Magistrate Judge Jacqueline Chooljian for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 08−4064 PSG (JCx).Signed by Judge Philip S. Gutierrez (rn) (Entered: |

| | | |
|---|---|---|
| | | 07/07/2008) |
| 07/08/2008 | 17 | STANDING ORDER REGARDING NEWLY ASIGNED CASES by Judge Philip S. Gutierrez, (sbu) (Entered: 07/10/2008) |
| 07/09/2008 | 18 | MINUTES OF IN CHAMBERS ORDER by Judge Philip S. Gutierrez. PLEASE TAKE NOTICE that this action has been reassigned to the Honorable Philip S. Gutierrez, United States District Judge. Please substitute the initials PSG in place of the initials SJO. The case number will now read CV08−4064 PSG (JCx). (READ THE ATTACHED ORDER IMMEDIATELY FOR MORE INSTRUCTIONS) (esa) (Entered: 07/10/2008) |
| 07/10/2008 | 20 | ORDER by Judge Philip S. Gutierrez,, ( Scheduling Conference set for 8/25/2008 02:00 PM before Judge Philip S. Gutierrez.) (sbu) (Entered: 07/11/2008) |
| 07/11/2008 | 19 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Amended Notice of Removal 14 should not have been e−filed. This document must be filed manually at Civil Intake. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (bm) (Entered: 07/11/2008) |
| 07/11/2008 | 21 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Order 17 served on 7/10/08. (Frieder, Thomas) (Entered: 07/11/2008) |
| 07/11/2008 | 22 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., served on 7/10/08. (Frieder, Thomas) (Entered: 07/11/2008) |
| 07/11/2008 | 23 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Order, Set Hearings 20 served on 7/11/08. (Frieder, Thomas) (Entered: 07/11/2008) |
| 07/11/2008 | 24 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Minutes of In Chambers Order/Directive − no proceeding held, 18 served on 7/11/08. (Frieder, Thomas) (Entered: 07/11/2008) |
| 07/14/2008 | 25 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., served on 7/14/08. (Frieder, Thomas) (Entered: 07/14/2008) |
| 07/14/2008 | 26 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Notice of Deficiency in Electronically Filed Documents (G−112), Notice of Deficiency in Electronically Filed Documents (G−112) 19 served on 7/14/08. (Frieder, Thomas) (Entered: 07/14/2008) |
| 07/14/2008 | 27 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., served on 7/14/08. (Frieder, Thomas) (Entered: 07/14/2008) |
| 07/16/2008 | 28 | NOTICE OF DISCREPANCY AND ORDER: by Judge Philip S. Gutierrez, ORDERING Defendant C.R. Bard Inc's &Defendant Davol Inc's Amended Notice of Removal; Certification of Interested Parties submitted by Defendants C. R. Bard, Inc., Davol Inc. received on 7/14/08 is not to be filed but instead rejected. Denial based on: A Proposed order is required for approval of the filing of the Amended Removal. Also a Notice of manual filing must be e−filed; then the amended removal is lodged with CV Intake along with a Proposed Order. (ir) (Entered: 07/18/2008) |
| 07/18/2008 | 29 | NOTICE Notice To Counsel That Document Has Not Been Filed filed by defendant C. R. Bard, Inc., Davol Inc.. (Frieder, Thomas) (Entered: 07/18/2008) |
| 07/18/2008 | 30 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Notice (Other) 29 served on 7/18/08. (Frieder, Thomas) (Entered: 07/18/2008) |
| 07/21/2008 | 31 | |

| | | |
|---|---|---|
| | | DECLARATION of Thomas M. Frieder filed by Defendants C. R. Bard, Inc., Davol Inc.. (Attachments: # 1 Proposed Order [Proposed] Order Permitting Defendant C.R. Bard, Inc. and Defendant Davol Inc. to File Amended Notice of Removal)(Frieder, Thomas) (Entered: 07/21/2008) |
| 07/21/2008 | 32 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Declaration (non−motion) 31 served on 7/21/08. (Frieder, Thomas) (Entered: 07/21/2008) |
| 07/21/2008 | 33 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Declaration (non−motion) 31 served on 7/21/08. (Frieder, Thomas) (Entered: 07/21/2008) |
| 07/23/2008 | 34 | ORDER PERMITTING DEFENDANT C.R. BARD INC. AND DEFENDANT DAVOL INC to file Amended Notice of Removal by Judge Philip S. Gutierrez: Defendant C.R. Bard, Inc. and Defendant Davol Inc. are permitted to manually file their Amended Notice of Removal. (ir) (Entered: 07/24/2008) |
| 07/24/2008 | 35 | NOTICE of Manual Filing filed by Defendants C. R. Bard, Inc., Davol Inc. of Defendant C.R. Bard, Inc.'s and Defendant Davol Inc.'s Amended Notice of Removal. (Frieder, Thomas) (Entered: 07/24/2008) |
| 07/24/2008 | 36 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Order 34 served on 7/24/08. (Frieder, Thomas) (Entered: 07/24/2008) |
| 07/24/2008 | 37 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Notice of Manual Filing (G−92) 35 served on 7/24/08. (Frieder, Thomas) (Entered: 07/24/2008) |
| 07/24/2008 | 40 | DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL INC.'S AMENDED NOTICE OF REMOVAL filed by Defendants C. R. Bard, Inc., Davol Inc.. Amendment to Notice of Removal, 1 (bm) (Entered: 07/28/2008) |
| 07/25/2008 | 38 | MINUTES OF IN CHAMBERS ORDER held before Judge Philip S. Gutierrez issuing ORDER TO SHOW CAUSE RE REMAND to State Court on the basis of diversity jurisdiction pursuant to 28 USC 1332; the jurisdiction averment by the defendants is patently insufficient under 28 USC 1332(c); the amount in controversy does not appear to exceed $75,000.00. Show Cause Response due by 8/15/2008. Failure of defendant(s) to respond by the above date will result in the Court remanding this action to state court. (da) (Entered: 07/28/2008) |
| 07/28/2008 | 39 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Minutes of In Chambers Order/Directive − no proceeding held,,, Set Deadlines,, 38 served on 7/28/08. (Frieder, Thomas) (Entered: 07/28/2008) |
| 07/28/2008 | 41 | CERTIFICATE OF SERVICE filed by defendant C. R. Bard, Inc., Davol Inc., re Amended Document (Non−Motion) 40 served on 7/28/08. (Frieder, Thomas) (Entered: 07/28/2008) |
| 08/14/2008 | 42 | CONDITIONAL TRANSFER ORDER by MDL PANEL transferring case to District of Rhode Island. Electronic Documents accessible through Pacer, certified copy of the transfer order and docket sheet sent. (MD JS−6. Case Terminated.) (Attachments: # 1 Letter CV−117 Transmittal Letter − MDL Case Transfer Out) (bm) (Entered: 08/14/2008) |